IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL M. COTTRELL,

      Plaintiff,                       No. CIV S-09-0824 JAM KJM P

    vs.

M. WRIGHT, et al.,

      Defendants.              ORDER

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed August 25, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On November 16, 2009, plaintiff submitted the copies of the complaint but failed to file the USM-285 forms with addresses to serve the defendants.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff three blank USM-285 forms; and

/////

1

2. Within thirty days, plaintiff shall submit to the court the three completed USM-285 forms with the addresses for the defendants included required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: November 24, 2009.

_____
U.S. MAGISTRATE JUDGE

/mp
cott0824.8f