IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL COTTRELL,

          Plaintiff,                No. CIV S-09-0824 JAM KJM P

   vs.

M. WRIGHT, et al.,

          Defendants.        ORDER

_____/

        On December 29, 2009, the court ordered the U.S. Marshal to undertake service of process.  The copy of that order sent to plaintiff was returned as undeliverable.   On March 1, 2010, plaintiff wrote to the court, asking about the contents of the order and explaining that a correctional officer refused to give him legal mail.  In light of this, the court finds that plaintiff did not fail to keep the court apprised of any change of address.

        IT IS THEREFORE ORDERED that the findings and recommendations filed February 19, 2010 (Docket No. 16) are hereby vacated.

DATED: April 2, 2010.

_____
U.S. MAGISTRATE JUDGE

2: cott0824.vf&r