1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL M. COTTRELL,

11              Plaintiff,              No. CIV S-09-0824 JAM DAD (TEMP) P

12        vs.

13   M. WRIGHT, et al.,

14              Defendants.             ORDER

15   _____/

16              Plaintiff filed a document on June 2, 2011, in which he suggests that defendants

17   have not served timely responses to plaintiff's requests for discovery.  Good cause appearing,

18   defendants shall file a response to the document filed with the court by plaintiff on June 2, 2011,

19   within fourteen days.

20   DATED: June 14, 2011.

21

22                                       _____
                                         DALE A. DROZD
23                                       UNITED STATES MAGISTRATE JUDGE

24   DAD:kc
     cott0824.dis
25

26