1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL M. COTTRELL,

11         Plaintiff,                    No. CIV-S-09-0824 JAM CKD P

12      vs.

13   M. WRIGHT, et al.,

14         Defendants.              ORDER

15   _____/

16         On November 4, 2011 defendants filed a motion for summary judgment.  On

17   December 9, 2011 plaintiff was granted an extension of time until January 18, 2012, to file a

18   response.  Plaintiff has not done so.  Good cause appearing, IT IS HEREBY ORDERED that

19   within thirty days of the date of this order, plaintiff shall file an opposition to the motion for

20   summary judgment or a statement of non-opposition.  Failure to comply with this order will

21   result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

22    Dated: January 31, 2012

23                                    _____

24                                    CAROLYN K. DELANEY
                                       UNITED STATES MAGISTRATE JUDGE

25

26   3
     cott0824.46osc

1